

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

_____

*Robert Frazer*
*United States Attorney*

*Brooks E. Doyne*
Assistant U.S. Attorney

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
*Brooks.Doyne@usdoj.gov*

*main:*  (973) 645-2700
*direct:* (973) 297-4390
*fax:*    (973) 297-2010

May 21, 2026

**BY ECF**
Honorable Claire C. Cecchi, U.S.D.J.
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

> Re:   Bogdan *v. Rubio, et al.,* No. 26-1562 (CCC)
>        **Joint Request to Update Court on July 20, 2026**

Dear Judge Cecchi:

This Office represents the Federal Defendants in the above immigration action, in which Plaintiff asks the Court to decide Plaintiff's pending naturalization application under 8 U.S.C. § 1447(b). On May 11, 2026, Plaintiff submitted a letter, consenting on remanding the matter to USCIS, upon which USCIS may issue a Request for Evidence ("RFE"), adjudicate the application within 45 days, and forgo conducting an interview. *Id.* Later that same day, Plaintiff requested a Rule 16 conference. ECF 7. On May 18, the Federal Defendants submitted a response to Plaintiff's submissions. ECF 8.

In further conferring with Plaintiff's counsel, Steven S. Vosbikian, Esq., Plaintiff has now agreed to respond to the RFE and attend an interview with USCIS on June 3. In return, USCIS has agreed to adjudicate Plaintiff's pending naturalization application within 45 days. The parties respectfully submit this joint correspondence to permit the administrative process to proceed and to provide a joint status update regarding this matter on or before July 20, 2026.

We thank the Court for its attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By:     *s/ Brooks E. Doyne*
        BROOKS E. DOYNE
        Assistant U.S. Attorney
        *Attorneys for Federal Defendants*

cc:     Steven S. Vosbikian, Esq. (by ECF)

SO ORDERED

*s/Claire C. Cecchi*
CLAIRE C. CECCHI, U.S.D.J.

Date:     5/22/2026

2