Steven S. Vosbikian
VOSBIKIAN & VOSBIKIAN
Attorney for Plaintiffs
1946 Marlton Pike East
Cherry Hill, NJ 08003
T: (856) 755-1400; F (856) 755-1475
ssvosbikian@voslaw.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| MIROSLAV BOGDAN, <br><br> *Plaintiff,* <br><br> v. <br><br> MARCO RUBIO, ET AL, <br><br> *Defendants.* | Civil Action No.: 2:26-cv-1562 <br><br> **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff and its counsel hereby give notice that the above-style action is voluntary dismissed, with prejudice against the Defendants.

Dated this 13th day of August 2026

Respectfully submitted,

VOSBIKIAN & VOSBIKIAN

By: _____
STEVEN S. VOSBIKIAN
Attorney for Plaintiff

SO ORDERED

_s/Claire C. Cecchi_
CLAIRE C. CECCHI, U.S.D.J.

Date: 8/14/2026

- 1 -